(128 So. 387)

**MUTUAL LIFE INS. CO. OF NEW YORK v. Sarah MADDOX, pro Ami.**

6 Div. 455.

Supreme Court of Alabama.

April 3, 1930.

J. C. Milner, of Vernon, and Bradley, Baldwin, All & White, of Birmingham, for appellant.

R. G. Redden and O. E. Young, both of Vernon, for appellee.

FOSTER, J.

Reversed and remanded on authority of Mutual Life Ins. Co. v. Nell Maddox, ante, p. 292, 128 So. 383.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.